**IT IS ORDERED as set forth below:**

Date: July 16, 2009

_____
**Robert E. Brizendine
U.S. Bankruptcy Court Judge**

_____

```
              IN THE UNITED STATES BANKRUPTCY COURT
              FOR THE NORTHERN DISTRICT OF GEORGIA
                       GAINESVILLE DIVISION

IN RE:                           )   CHAPTER 7
                                 )
SARA EKIZABETH HUNTER,           )   CASE NO. 09-22221-REB
FKA SARA ELIZABETH COLLINS       )
FKA SARA ELIZABETH TABERT,       )
COREY TRISTAN HUNTER,            )
FKA MARIO C. JAUREGUI,           )
FKA CORE TRISTAN LAVACK,         )
                                 )
     Debtors.                    )
-------------------------------- - ---------------------------------
                                 )
JP MORGAN CHASE BANK, N.A.,      )   CONTESTED MATTER
                                 )
     Movant,                     )
                                 )
vs.                              )
                                 )
SARA EKIZABETH HUNTER,           )
FKA SARA ELIZABETH COLLINS       )
FKA SARA ELIZABETH TABERT,       )
COREY TRISTAN HUNTER,            )
FKA MARIO C. JAUREGUI,           )
FKA CORE TRISTAN LAVACK and      )
PAUL ROGERS, as Trustee,         )
                                 )
     Respondents.                )
```

ORDER

JP MORGAN CHASE BANK, N.A. filed a "Motion to Terminate Stay and to Authorize Movant to Take Possession of Collateral", which

came on regularly for hearing on **07/14/2009** upon lawful notice given to all required parties-in-interest, and it appearing that there was no opposition to the Motion and that the parties were properly served, the Debtor(s) indicated their intent to surrender the vehicle to Movant and that the same is proper, it is hereby

ORDERED that the stay afforded by 11 U.S.C. Section 362 is modified so that JPMC may take such action with respect to that certain 2004 Hummer Hummer H2, Vehicle Identification No. 5GRGN23U24H112119, as is authorized by contract and State law. JPMC shall remit to the Trustee such proceeds as exceed the lawful debt due, if any, following disposition of such vehicle.

FURTHER ORDERED that relief granted herein shall not be stayed by BR 4001(a)(3).

**END OF DOCUMENT**

[Signatures on Next Page]

RE: JPMC v. Sara Ekizabeth Hunter fka Sara Elizabeth Collins fka Sara Elizabeth Tabert, Corey Tristan Hunter fka Mario C. Jauregui fka Corey Trisrtan Lavack
Chapter 7 Bankruptcy Case No. 09-22221-REB

[SIGNATURE PAGE]

PRESENTED BY:

LEVINE, BLOCK & STRICKLAND, LLP

BY: /s/ Ronald A. Levine
Ronald A. Levine, Esq.
(GA Bar No. **448736**)
Attorneys for Movant
2270 Resurgens Plaza
945 E. Paces Ferry Road
Atlanta, GA  30326
(404) 231-4567

DISTRIBUTION LIST

Sara Ekizabeth Hunter
fka Sara Elizabeth Collins
fka Sara Elizabeth Tabert
Corey Tristan Hunter
fka Mario C. Jauregui
fka Corey Trisrtan Lavack
3070 Aldrich Drive
Cumming, Georgia 30040

Bob J Phillips,
B. Phillips & Associates PC
Suite 104
327 Dahlonega Street
Cumming, Georgia 30040

Paul Rogers, Esq.
Suite 1200 - One Midtown Plaza
1360 Peachtree Street
Atlanta, GA 30309

Ronald A. Levine, Esq.
Levine, Block & Strickland, LLP.
2270 Resurgens Plaza
945 East Paces Ferry Road
Atlanta, GA 30326