# United States Bankruptcy Court
## Northern District of Georgia

In re: **Sara Elizabeth Hunter / Corey Tristan Hunter**, Debtor(s)

Case No. **09-22221**
Chapter **7**

# AMENDMENT COVER SHEET

Amendment(s) to the following petition, list(s), schedule(s) or statement(s) are transmitted herewith:

1. Amended Schedule I to show decreased monthly income.
2. Amended Statistical of Summary & Summary of Schedules.
3. Amended Declaration Concerning Debtor's Schedules.
4. Certificate of Service.

## NOTICE OF AMENDMENT(S) TO AFFECTED PARTIES

Pursuant to Federal Rule of Bankruptcy Procedure 1009(a), I certify that notice of the filing of the amendment(s) listed above has been given this date to any and all entities affected by the amendment as follows:

**Office of the US Trustee**
Room 362
Russell Federal Buidling
75 Spring Street SW
Atlanta, GA 30303

**Paul A. Rogers**
One Midtown Plaza, Suite 1200
1360 Peachtree Street
Atlanta, GA 30309

Date: **August 10, 2009**

/s/ **Bob J. Phillips**
Bob J. Phillips 576702
Attorney for Debtor(s)
B. Phillips & Associates PC
327 Dahlonega St
Suite 104
Cumming, GA 30040
770-205-1922 Fax:770-205-0887
bphill60@msn.com

B6I (Official Form 6I) (12/07)

In re  **Sara Elizabeth Hunter**
       **Corey Tristan Hunter**
                    Debtor(s)

Case No. __09-22221__

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S) - AMENDED

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S):<br>Son<br>Daughter<br>Daughter<br>Daughter<br>Daughter | AGE(S):<br>2<br>2 months<br>5<br>6<br>8 |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | *Homemaker* | *Sales* |
| Name of Employer | | *TCH Development* |
| How long employed | | *3 years* |
| Address of Employer | | *3070 Aldrich Drive*<br>*Cumming, GA 30040* |

|  | DEBTOR | SPOUSE |
|---|---:|---:|
| INCOME: (Estimate of average or projected monthly income at time case filed) | | |
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ 0.00 | $ 0.00 |
| 2. Estimate monthly overtime | $ 0.00 | $ 0.00 |
| 3. SUBTOTAL | $ 0.00 | $ 0.00 |
| 4. LESS PAYROLL DEDUCTIONS | | |
|    a. Payroll taxes and social security | $ 0.00 | $ 0.00 |
|    b. Insurance | $ 0.00 | $ 0.00 |
|    c. Union dues | $ 0.00 | $ 0.00 |
|    d. Other (Specify): _____ | $ 0.00 | $ 0.00 |
| | $ 0.00 | $ 0.00 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ 0.00 | $ 0.00 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ 0.00 | $ 0.00 |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ 0.00 | $ 5,727.47 |
| 8. Income from real property | $ 0.00 | $ 0.00 |
| 9. Interest and dividends | $ 0.00 | $ 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ 1,053.66 | $ 0.00 |
| 11. Social security or government assistance (Specify): _____ | $ 0.00 | $ 0.00 |
| | $ 0.00 | $ 0.00 |
| 12. Pension or retirement income | $ 0.00 | $ 0.00 |
| 13. Other monthly income (Specify): _____ | $ 0.00 | $ 0.00 |
| | $ 0.00 | $ 0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ 1,053.66 | $ 5,727.47 |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ 1,053.66 | $ 5,727.47 |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $ 6,781.13 | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
    **The Joint Debtor is planning to seek a modification on the child support since his income has changed.**

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Northern District of Georgia

In re: **Sara Elizabeth Hunter, Corey Tristan Hunter**, Debtors

Case No. **09-22221**

Chapter **7**

## SUMMARY OF SCHEDULES - AMENDED

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 460,000.00 | | |
| B - Personal Property | Yes | 4 | 23,450.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 560,934.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 3 | | 111,988.53 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 7 | | 150,532.75 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 6,781.13 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 12,616.96 |
| Total Number of Sheets of ALL Schedules | | 21 | | | |
| Total Assets | | | 483,450.00 | | |
| Total Liabilities | | | | 823,455.28 | |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## Northern District of Georgia

In re  **Sara Elizabeth Hunter,**
**Corey Tristan Hunter**

Debtors

Case No. __09-22221__

Chapter __7__

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 111,988.53 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 111,988.53 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | 6,781.13 |
| Average Expenses (from Schedule J, Line 18) | 12,616.96 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | 4,876.20 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 86,569.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 111,988.53 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 0.00 |
| 4. Total from Schedule F | | 150,532.75 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 237,101.75 |

# United States Bankruptcy Court
## Northern District of Georgia

In re  **Sara Elizabeth Hunter**
      **Corey Tristan Hunter**
                                              Debtor(s)

Case No.  **09-22221**
Chapter   **7**

## AMENDED
## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing document(s), consisting of __0__ page(s), and that they are true and correct to the best of my knowledge, information, and belief.

Date  **August 10, 2009**          Signature  **/s/ Sara Elizabeth Hunter**
                                              **Sara Elizabeth Hunter**
                                              Debtor

Date  **August 10, 2009**          Signature  **/s/ Corey Tristan Hunter**
                                              **Corey Tristan Hunter**
                                              Joint Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

| PERSONAL AND CHECK INFORMATION | EARNINGS | DESCRIPTION | HOURS | AMOUNT ($) | YTD ($) |
|---|---|---|---|---|---|
| TCH DEVELOPMENT<br>3070 ALDRICH DR<br>CUMMING, GA 30040 | | 1099 EARNINGS<br>COMMISSION RE - M | | 5727.47 | 56643.19<br>290.10 |
| Soc Sec #: XXX-XX-XXXX   Employee ID: 109011 | | GROSS | | 5727.47 | 56643.19 |
| Hire Date: 05/16/07 | | | | | |
| Status:<br>Filing Status:<br>Federal: Single, 1 | DEDUCTIONS | DESCRIPTION | | CURRENT ($) | YTD ($) |
| State: GA, Single, 1<br>Br/Dept: 5000/150 | | MISC DEDUCT<br>TOTAL | | 0.00 | 7111.85<br>7111.85 |
| Pay Period: 07/06/09 to 07/12/09 | WITHHOLDINGS | DESCRIPTION | | CURRENT ($) | YTD ($) |
| Check Date: 07/17/09    Check #: 123433 | | TOTAL | | 0.00 | 0.00 |

**NET PAY ALLOCATIONS**

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| Check Amount | 5727.47 | 49531.34 |
| Net Pay | 5727.47 | 49531.34 |

| | | CURRENT ($) | YTD ($) |
|---|---|---|---|
| >>> MESSAGES <<< | NET PAY | 5727.47 | 49531.34 |

Please make sure that you get your 401k information to Jacque Phillips by 01/02/08.

*Payrolls by Paychex, Inc.*
**0407-5530** WOODMAN INSULATION CO INC

## CERTIFICATE OF SERVICE

I hereby certify that on the date on which the above and foregoing document was filed electronically, a true and correct copy of the document was served either electronically or via first class mail, on the parties indicated on the attached matrix.

/s/Bob Phillips
Bob Phillips
Attorney for Debtor

MATRIX

Office of the U.S. Trustee
Russell Federal Building, Room 122
75 Spring Street, S.W.
Atlanta, GA 30303

Paul A. Rogers
One Midtown Plaza, Ste 1200
1360 Peachtree Street
Atlanta, GA 30309